824

No. 87–2002. RIGHT TO LIFE ADVOCATES, INC., ET AL. *v.* AARON WOMEN'S CLINIC. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 87–2009. GREENMAN *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–2010. CALIFORNIA ET AL. *v.* UNITED STATES ET AL. Sup. Ct. Cal. Certiorari denied.

No. 87–2014. RHINEBARGER ET AL. *v.* ORR, GOVERNOR OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–2015. PRINCE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–2017. BINTZ *v.* RIDDICK ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–2018. REINISCH ET UX. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–2019. PINEMAN ET AL. *v.* FALLON, CHAIRMAN OF THE CONNECTICUT STATE EMPLOYEES RETIREMENT COMMISSION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–2020. MANN *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–2021. WCCO RADIO, INC., A DIVISION OF MIDWEST COMMUNICATIONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 87–2024. KORD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–2026. SOCHIN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 87–2028. COCHRANE *v.* CONTE ET AL. C. A. 9th Cir. Certiorari denied.